# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Nagle, Margaret A. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>01/05/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge/FT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
255 E. Temple St., Room 570
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 01/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Akin, Gump, Strauss, Hauer & Feld LLP - Partnership Income |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 01/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wells Fargo | Mortgage on Rental Property, Los Angeles, CA | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property -- Los Angeles, CA | E | Rent | P1 | R | | | | | |
| 2. Timesquare Capital Mgmt. Russell Midcap Growth Index | | None | P1 | T | | | | | |
| 3. Atlanta Capital Mgmt. Russell 2000 Index - Retirement Acct. | | None | P1 | T | | | | | |
| 4. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 5. Neuberger Berman Genesis Fund-Inst. Class - Retirement Acct. | | None | P1 | T | | | | | |
| 6. American Funds Euro-Pacific Growth Fund - Retirement Acct. | | None | P1 | T | | | | | |
| 7. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 8. Dir Multi Asset Moderate | | None | N | T | | | | | |
| 9. TOUCHSTONE SANDS INSTL GROWTH | | None | O | T | | | | | |
| 10. OPPENHEIMER SMALL AND MID CAP | | None | M | T | | | | | |
| 11. Wells Fargo Private Banking Money Market Checking Acct. | A | Dividend | N | T | | | | | |
| 12. Chase Checking Acct. | | None | J | T | | | | | |
| 13. Chase Savings Acct. | A | Interest | J | T | | | | | |
| 14. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 15. MUTUAL FD SER TR CTLYS/CP EQY A | | None | N | T | Buy | 12/18/13 | K | | |
| 16. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 17. Schwab Advisor Cash Reserves Premier | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. KINDER MORGAN INC* | A | Dividend | | | Sold | 03/26/13 | J | A | |
| 19. HERSHEY FOODS CORP | A | Dividend | | | Sold | 02/17/13 | K | E | |
| 20. HEINZ H J CO | | None | | | Sold | 02/14/13 | K | D | |
| 21. VISA INC | A | Dividend | | | Sold | 08/20/13 | K | E | |
| 22. LKQ CORP | | None | | | Sold | 03/05/13 | K | D | |
| 23. HOME DEPOT INC | A | Dividend | | | Sold | 08/27/13 | K | D | |
| 24. AMGEN INC | A | Dividend | | | Sold | 06/04/13 | K | D | |
| 25. ECOLAB INC | A | Dividend | K | T | | | | | |
| 26. LENNAR CORP | A | Dividend | | | Sold | 04/09/13 | K | E | |
| 27. FAIR ISAAC CORP | | None | | | Sold | 01/29/13 | J | A | |
| 28. EQUINIX INC | | None | | | Sold | 04/30/13 | K | D | |
| 29. TIME WARNER CABLE | A | Dividend | K | T | Sold (part) | 02/20/13 | K | B | |
| 30. PVH CORP | A | Dividend | | | Sold | 04/02/13 | K | C | |
| 31. PPG INDUSTRIES INC | A | Dividend | K | T | | | | | |
| 32. TRAVELERS COMPANIES INC | A | Dividend | | | Sold | 08/13/13 | K | D | |
| 33. RAYTHEON CO | | None | | | Sold | 02/05/13 | K | | |
| 34. DISNEY WALT CO | | None | | | Sold | 08/20/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WATSON PHARMACEUTICALS INC* | | None | | | | | | | |
| 36. ACTAVIS* | | None | K | T | | | | | |
| 37. AUTONATION INC | | None | | | Sold | 01/02/13 | J | | |
| 38. PULTE HOMES INC | | None | | | Sold | 07/09/13 | J | B | |
| 39. NEUSTAR INC | | None | | | Sold | 10/08/13 | J | B | |
| 40. GENCORP INC | | None | | | Sold | 10/22/13 | J | C | |
| 41. CONAGRA FOODS INC | A | Dividend | | | Sold | 09/17/13 | K | B | |
| 42. COVIDIEN PLC | | None | | | Buy | 04/09/13 | K | | |
| 43. " " " | | | | | Sold | 06/25/13 | K | | |
| 44. GENESEE AND WYO INC | | None | | | Buy | 02/05/13 | K | | |
| 45. " " " | | | | | Sold | 08/13/13 | K | A | |
| 46. REGIONS FINANCIAL CORP NEW | A | Dividend | | | Buy | 08/27/13 | K | | |
| 47. " " " | | | | | Sold | 10/29/13 | K | | |
| 48. SEATTLE GENETICS INC | | None | | | Buy | 09/17/13 | K | | |
| 49. " " " | | | | | Sold | 10/15/13 | J | | |
| 50. MINERALS TECHNOLOGIES INC. | A | Dividend | K | T | Buy | 01/15/13 | J | | |
| 51. " " " | | | | | Buy | 01/29/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FLOWSERVE CORP | A | Dividend | K | T | Buy | 02/20/13 | K | | |
| 53. COVANCE INC. | | None | K | T | Buy | 02/20/13 | K | | |
| 54. AMERIPRISE FINL INC | A | Dividend | K | T | Buy | 03/05/13 | K | | |
| 55. KKR & CO L P DEL | B | Dividend | K | T | Buy | 04/02/13 | K | | |
| 56. HONEYWELL INTL INC | A | Dividend | K | T | Buy | 04/30/13 | K | | |
| 57. FIFTH & PAC COS INC | | None | K | T | Buy | 06/04/13 | K | | |
| 58. AETNA INC NEW | A | Dividend | K | T | Buy | 06/25/13 | K | | |
| 59. FIFTH THIRD BANCORP | A | Dividend | K | T | Buy | 07/09/13 | K | | |
| 60. " " " | | | | | Buy | 12/17/13 | J | | |
| 61. TOWERS WATSON & CO | A | Dividend | K | T | Buy | 08/13/13 | K | | |
| 62. L-3 COMMUNICATIONS HLDGS INC | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 63. FIRSTMERIT CORP | A | Dividend | K | T | Buy | 08/13/13 | K | | |
| 64. WASTE MGMT INC DEL | A | Dividend | K | T | Buy | 08/20/13 | K | | |
| 65. SCHWAB CHARLES CORP NEW | A | Dividend | K | T | Buy | 08/20/13 | K | | |
| 66. " " " | | | | | Buy | 09/17/13 | J | | |
| 67. ILLUMINA INC | | None | K | T | Buy | 08/20/13 | K | | |
| 68. BROADRIDGE FNL SOLUTIONS INC | A | Dividend | K | T | Buy | 10/08/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MGM MIRAGE | | None | K | T | Buy | 10/22/13 | K | | |
| 70. GOODYEAR TIRE AND RUBR CO | A | Dividend | K | T | Buy | 10/29/13 | K | | |
| 71. WYNN RESORTS LTD | | None | K | T | Buy | 12/17/13 | K | | |
| 72. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 73. Schwab CA Municipal Money Fund | A | Dividend | M | T | | | | | |
| 74. Dollar Tree, Inc. | | None | M | T | | | | | |
| 75. Heinz H J Co. | | None | | | Sold | 02/14/13 | N | F | |
| 76. VISA INC | B | Dividend | | | Sold | 08/20/13 | N | G | |
| 77. HOME DEPOT | C | Dividend | | | Sold | 08/27/13 | N | G | |
| 78. ABBOTT LABORATORIES | A | Dividend | | | Sold | 03/05/13 | M | | |
| 79. ECOLAB INC | C | Dividend | N | T | | | | | |
| 80. FAIR ISAAC INC | | None | | | Sold | 01/29/13 | L | D | |
| 81. LENNAR CORP | A | Dividend | | | Sold | 04/09/13 | M | F | |
| 82. EQUINIX CORP | | None | | | Sold | 04/30/13 | N | F | |
| 83. PVH CORP | A | Dividend | | | Sold | 04/02/13 | M | E | |
| 84. PPG INDUSTRIES INC | C | Dividend | N | T | | | | | |
| 85. TRAVELERS COMPANIES INC | B | Dividend | | | Sold | 08/13/13 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DISNEY WALT CO | | None | | | Sold | 08/20/13 | M | E | |
| 87. WATSON PHARMACEUTICALS INC* | | None | | | | | | | |
| 88. ACTAVIS* | | None | N | T | | | | | |
| 89. AMERICAN EAGLE OUTFITTERS NE | | None | | | Sold | 01/15/13 | M | | |
| 90. CENTURYTEL INC | | None | | | Sold | 02/20/13 | M | | |
| 91. ASHLAND INC | A | Dividend | | | Buy | 01/29/13 | L | | |
| 92. " " " | | | | | Sold | 03/26/13 | L | | |
| 93. AMAZON COM INC | | None | | | Sold | 03/19/13 | L | | |
| 94. GENCORP INC | | None | | | Sold | 10/22/13 | M | E | |
| 95. PULTE HOMES INC | | None | | | Sold | 07/09/13 | M | E | |
| 96. TIME WARNER INC | C | Dividend | N | T | | | | | |
| 97. CONAGRA FOODS INC | C | Dividend | | | Sold | 09/17/13 | M | E | |
| 98. ABBVIE INC. | B | Dividend | | | Buy | 01/02/13 | L | | |
| 99. " " " | | | | | Sold | 03/05/13 | M | F | |
| 100. BRUNSWICK CORP | | None | | | Buy | 03/19/13 | M | | |
| 101. " " " | | | | | Sold | 06/18/13 | M | | |
| 102. COMMUNITY HEALTH SYS INC NEW | | None | | | Buy | 03/26/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. " " " | | | | | Sold | 07/23/13 | M | | |
| 104. COVIDIEN PLC | | None | | | Buy | 04/09/13 | M | | |
| 105. " " " | | | | | Sold | 06/25/13 | M | | |
| 106. REGIONS FINANCIAL CORP NEW | A | Dividend | | | Buy | 08/27/13 | M | | |
| 107. " " " | | | | | Sold | 10/29/13 | M | | |
| 108. SEATTLE GENETICS INC | | None | | | Buy | 09/17/13 | L | | |
| 109. " " " | | | | | Sold | 10/15/13 | L | | |
| 110. TENET HEALTHCARE CORP COM NEW | | None | | | Buy | 01/15/13 | M | | |
| 111. " " " | | | | | Sold | 08/13/13 | M | E | |
| 112. FLOWSERVE CORP | B | Dividend | N | T | Buy | 02/20/13 | M | | |
| 113. COVANCE INC | | None | M | T | Buy | 02/20/13 | M | | |
| 114. AMERIPRISE FINL INC | C | Dividend | N | T | Buy | 03/05/13 | M | | |
| 115. KKR & CO L P DEL | D | Dividend | N | T | Buy | 04/02/13 | M | | |
| 116. HONEYWELL INTL INC | C | Dividend | N | T | Buy | 04/30/13 | M | | |
| 117. STARBUCKS CORP | B | Dividend | M | T | Buy | 06/18/13 | M | | |
| 118. FIFTH THIRD BANCORP | C | Dividend | N | T | Buy | 06/25/13 | M | | |
| 119. " " " | | | | | Buy | 07/09/13 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SIGNATURE BK NEW YORK NY | | None | M | T | Buy | 07/23/13 | M | | |
| 121. TOWERS WATSON & CO | A | Dividend | N | T | Buy | 08/13/13 | M | | |
| 122. FIRSTMERIT CORP | B | Dividend | M | T | Buy | 08/13/13 | M | | |
| 123. ALLIANT TECHSYSTEMS INC | A | Dividend | L | T | Buy | 08/13/13 | L | | |
| 124. WASTE MGMT INC DEL | B | Dividend | M | T | Buy | 08/20/13 | M | | |
| 125. SCHWAB CHARLES CORP NEW | A | Dividend | M | T | Buy | 08/20/13 | M | | |
| 126. " " " | | | | | Buy | 09/17/13 | L | | |
| 127. ILLUMINA INC | | None | N | T | Buy | 08/20/13 | M | | |
| 128. INTERPUBLIC GROUP COS INC | B | Dividend | N | T | Buy | 08/27/13 | M | | |
| 129. MGM MIRAGE | | None | M | T | Buy | 10/22/13 | M | | |
| 130. GOODYEAR TIRE AND RUBR CO | A | Dividend | M | T | Buy | 10/29/13 | M | | |
| 131. " " " | | | | | Buy | 12/20/13 | L | | |
| 132. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 133. Schwab Advisor Cash Reserves Premier | A | Dividend | K | T | | | | | |
| 134. Heinz H J Co. | | None | | | Sold | 02/04/13 | L | E | |
| 135. HERSHEY FOODS CORP | B | Dividend | | | Sold | 12/17/13 | M | E | |
| 136. KINDER MORGAN INC | A | Dividend | | | Sold | 03/26/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PAPA JOHNS INTL INC | | None | | | Sold | 03/05/13 | K | E | |
| 138. VISA INC | A | Dividend | | | Sold | 08/20/13 | M | F | |
| 139. ASHLAND INC | A | Dividend | | | Buy | 01/29/13 | K | | |
| 140. " " " " | | | | | Sold | 03/26/13 | K | | |
| 141. HOME DEPOT INC | A | Dividend | | | Sold | 08/27/13 | L | E | |
| 142. ECOLAB INC | A | Dividend | M | T | | | | | |
| 143. LENNAR CORP | A | Dividend | | | Sold | 04/09/13 | M | E | |
| 144. FAIR ISAAC CORP | | None | | | Sold | 01/29/13 | K | C | |
| 145. EQUINIX INC | | None | | | Sold | 04/30/13 | L | E | |
| 146. PVH CORP | A | Dividend | | | Sold | 04/02/13 | L | D | |
| 147. AMGEN INC | A | Dividend | | | Sold | 06/04/13 | L | E | |
| 148. PPG INDUSTRIES INC | B | Dividend | M | T | | | | | |
| 149. TRAVELERS COMPANIES INC | A | Dividend | | | Sold | 08/13/13 | L | E | |
| 150. RAYTHEON CO | | None | | | Sold | 02/05/13 | L | | |
| 151. WATSON PHARMACEUTICALS INC* | | None | | | | | | | |
| 152. ACTAVIS* | | None | M | T | | | | | |
| 153. DISNEY WALT CO | | None | | | Sold | 08/20/13 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CENTURYTEL INC | | None | | | Sold | 02/20/13 | K | | |
| 155. AMAZON COM INC | | None | | | Sold | 03/19/13 | L | | |
| 156. NEUSTAR INC | | None | | | Sold | 10/08/13 | K | C | |
| 157. PULTE HOMES INC | | None | | | Sold | 07/09/13 | K | D | |
| 158. BRUNSWICK CORP | | None | | | Buy | 03/19/13 | K | | |
| 159. " " " | | | | | Sold | 06/18/13 | K | | |
| 160. COMMUNITY HEALTH SYS INC NEW | | None | | | Buy | 03/26/13 | L | | |
| 161. " " " | | | | | Sold | 07/23/13 | L | | |
| 162. COVIDIEN PLC | | None | | | Buy | 04/09/13 | L | | |
| 163. " " " | | | | | Sold | 06/25/13 | L | | |
| 164. FIRSTMERIT CORP | A | Dividend | | | Buy | 08/13/13 | K | | |
| 165. " " " | | | | | Sold | 12/04/13 | K | | |
| 166. GENESEE AND WYO INC | | None | | | Buy | 02/05/13 | L | | |
| 167. " " " | | | | | Sold | 08/13/13 | L | B | |
| 168. REGIONS FINANCIAL CORP NEW | A | Dividend | | | Buy | 08/27/13 | L | | |
| 169. " " " | | | | | Sold | 10/29/13 | L | | |
| 170. FLOWSERVE CORP | A | Dividend | M | T | Buy | 02/20/13 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. COVANCE INC | | None | K | T | Buy | 02/20/13 | K | | |
| 172. AMERIPRISE FINL INC | B | Dividend | L | T | Buy | 03/05/13 | K | | |
| 173. KKR & CO LP DEL | C | Dividend | L | T | Buy | 04/02/13 | L | | |
| 174. STATE STR CORP | A | Dividend | L | T | Buy | 04/09/13 | L | | |
| 175. HONEYWELL INTL INC | B | Dividend | L | T | Buy | 04/30/13 | L | | |
| 176. FIFTH & PAC COS INC | | None | M | T | Buy | 06/04/13 | L | | |
| 177. AETNA INC NEW | A | Dividend | L | T | Buy | 06/18/13 | K | | |
| 178. " " " | | | | | Buy | 06/25/13 | K | | |
| 179. FIFTH THIRD BANCORP | B | Dividend | L | T | Buy | 06/25/13 | K | | |
| 180. " " " | | | | | Buy | 07/09/13 | K | | |
| 181. SIGNATURE BK NEW YORK NY | | None | L | T | Buy | 07/23/13 | L | | |
| 182. TOWERS WATSON & CO | A | Dividend | L | T | Buy | 08/13/13 | L | | |
| 183. L-3 COMMUNICATIONS HLDGS INC | A | Dividend | K | T | Buy | 08/13/13 | K | | |
| 184. WASTE MGMT INC DEL | A | Dividend | K | T | Buy | 08/20/13 | K | | |
| 185. SCHWAB CHARLES CORP NEW | A | Dividend | K | T | Buy | 08/20/13 | K | | |
| 186. ILLUMINA INC | | None | M | T | Buy | 08/20/13 | L | | |
| 187. INTERPUBLIC GROUP COS INC | A | Dividend | L | T | Buy | 08/27/13 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. BROADRIDGE FINL SOLUTIONS INC | A | Dividend | K | T | Buy | 10/08/13 | K | | |
| 189. GOODYEAR TIRE AND RUBR CO | A | Dividend | L | T | Buy | 10/29/13 | K | | |
| 190. " " " | | | | | Buy | 12/17/13 | K | | |
| 191. WYNN RESORTS LTD | | None | L | T | Buy | 12/17/13 | L | | |
| 192. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 193. Berkshire Hathaway CL B - Common Stk. | | None | M | T | | | | | |
| 194. Berkshire Hathaway CL B - Common Stk. | | None | M | T | | | | | |
| 195. Berkshsire Hathaway CL B - Common Stk. | | None | N | T | | | | | |
| 196. Berkshire Hathaway CL B Common Stk. | | None | N | T | | | | | |
| 197. Merrill Lynch Bank USA | | None | J | T | | | | | |
| 198. Merrill Lynch Bank USA | | None | J | T | | | | | |
| 199. Merrill Lynch Bank USA | A | Int./Div. | K | T | | | | | |
| 200. BIF Money Fund | A | Int./Div. | J | T | | | | | |
| 201. Merrill Lynch Bank USA | A | Int./Div. | K | T | | | | | |
| 202. BIF Money Fund | A | Int./Div. | J | T | | | | | |
| 203. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 204. Berkshire Hathaway CL B | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 01/05/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Merrill Lynch Bank | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 01/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION 7:  INVESTMENTS and TRUSTS

Part VII, page 1, line 1:  This property was purchased in September 2011, for $1,296.750.

Part VII, page 6, lines 35 and 36, Column A; page 9, lines 87 and 88, Column A; and page 12, lines 151 and 152, Column A:  Watson Pharmaceuticals, Inc. was listed on my 2012 Financial Disclosure Report, and on January 24, 2013, Watson Pharmaceuticals, Inc. changed its name to Actavis.  This asset was held throughout the year, no income was received on it, and it was held at year-end under the Activis name.  These entry pairs have been marked with asterisks.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Margaret A. Nagle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544